UNITED STATES FIDELITY & GUARAN-TY CO. et al., Appellant, v. Ed BLIEDEN, as Trustee in Bankruptcy, etc.

No. 11168.

Circuit Court of Appeals, Eighth Circuit.

May 20, 1938.

S. E. Gilliam, of El Dorado, Ark., for appellant.

D. D. Panich, of Little Rock, Ark., and Arthur L. Adams, of Jonesboro, Ark., for appellee.

PER CURIAM.

Appeal dismissed, without costs to either party in this Court, pursuant to stipulation of parties, etc.

Ira Ellis VEAL, Appellant, v. UNITED STATES of America, Appellee.

No. 7945.

Circuit Court of Appeals, Sixth Circuit.

June 29, 1938.

Geo. M. Dunn, of Johnson City, Tenn., for appellant.

J. B. Frazier, Jr., U. S. Atty., of Chattanooga, Tenn.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

The court being of the opinion that the evidence does not clearly show that appellant, Ira Ellis Veal, was totally and permanently disabled while the war risk insurance policy sued on was in force, and it appearing that there is no reversible error upon the record, it is hereby ordered and adjudged that the judgment appealed from be and the same is in all things affirmed.

In re VAN DYKE COPPER COMPANY, Debtor, Appellant.

No. 8891.

Circuit Court of Appeals, Ninth Circuit.

July 18, 1938.

Francis D. Crable, of Prescott, Ariz., for appellant.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon application of appellant, and good cause therefor appearing, ordered appeal in above cause dismissed, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

Galen H. WELCH, Former Collector of Internal Revenue for the Sixth District of California, v. Edwin J. GRANT et al.

No. 8878.

Circuit Court of Appeals, Ninth Circuit.

June 27, 1938.

Ben Harrison, U. S. Atty., and E. H. Mitchell and Armond Monroe Jewell, Asst. U. S. Attys., all of Los Angeles, Cal., for appellant.

Claude I. Parker and Bayley Kohlmeier, both of Los Angeles, Cal., for appellees.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.